UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

LIFESTYLE LIFT HOLDING, INC., et al.          Case No. 15-44839-mlo

        Debtors.
_____/

BASIL T. SIMON, Trustee                       Chapter 7
                                                                 Jointly Administered
        Plaintiff,                        Hon. Maria Oxholm
v.

LUCAS GROUP INC., and                         Adversary Proceeding
JAY LUCAS, Individually,                      No. 17-04254-mlo
and XL7 Group LLC

        Defendants.
_____/

DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment, and the Court being fully apprised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that Judgment be and hereby is entered in favor of the Plaintiff and against Defendants, Lucas Group Inc., Jay Lucas, and XL7 Group LLC, jointly and severally, in the amount of One Hundred Twenty Five Thousand ($125,000.00) Dollars.

.

**Signed on May 02, 2017**

                                                    _ _ _/s/ Maria L. Oxholm_ _ _
                                                      **Maria L. Oxholm**
                                                      **United States Bankruptcy Judge**