**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>LIFESTYLE LIFT HOLDING, INC., et. al.[1]<br><br>Debtors. | Bankruptcy Case No. 15-44839<br>Hon. Maria L. Oxholm<br>Chapter 7 |
| BASIL T. SIMON, Trustee<br><br>Plaintiff,<br>v.<br><br>LUCAS GROUP, INC., JAY LUCAS, and XL7 GROUP, LLC<br><br>Defendants. | Adversary Proceeding No. 17-04254<br>Hon. Maria L. Oxholm |

**STATEMENT REGARDING CORPORATE OWNERSHIP**

      Pursuant to E. D. Mich. LBR 9013-5, attached is the Statement Regarding Corporate Ownership of Lucas Group, Inc. and XL7 Group, LLC.

---

[1] The Debtors in these jointly administered cases include Lifestyle Lift Holding, Inc., Scientific Image Center Management, Inc., Scientific Image Center Properties, Inc., Pacific Seaboard Management, Inc., and Scientific Image Center Staffing, Inc.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Defendants
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: June 13, 2017

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| LIFESTYLE LIFT HOLDING, INC., et. al.[1] <br><br>Debtors. | Bankruptcy Case No. 15-44839<br>Hon. Maria L. Oxholm<br>Chapter 7 |
| BASIL T. SIMON, Trustee<br><br>Plaintiff,<br><br>v.<br><br>LUCAS GROUP, INC., JAY LUCAS, and XL7 GROUP, LLC<br><br>Defendants. | Adversary Proceeding No. 17-04254<br>Hon. Maria L. Oxholm |

**STATEMENT REGARDING CORPORATE OWNERSHIP OF
XL7 GROUP, LLC**

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

---

[1] The Debtors in these jointly administered cases include Lifestyle Lift Holding, Inc., Scientific Image Center Management, Inc., Scientific Image Center Properties, Inc., Pacific Seaboard Management, Inc., and Scientific Image Center Staffing, Inc.

(For additional names, attach an addendum to this form)

✓ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Respectfully submitted,<br>
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder<br>
Elliot G. Crowder (P76137)<br>
Counsel for Defendants<br>
26100 American Drive, Suite 500<br>
Southfield, MI 48034<br>
Phone: (248) 354-7906<br>
Facsimile: (248) 354-7907<br>
Email: ecrowder@sbplclaw.com

Dated: June 13, 2017

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:**<br>LIFESTYLE LIFT HOLDING, INC., et. al.[1]<br><br>Debtors. | Bankruptcy Case No. 15-44839<br>Hon. Maria L. Oxholm<br>Chapter 7 |
| BASIL T. SIMON, Trustee<br><br>Plaintiff,<br>v.<br><br>LUCAS GROUP, INC., JAY LUCAS, and XL7 GROUP, LLC<br><br>Defendants. | Adversary Proceeding No. 17-04254<br>Hon. Maria L. Oxholm |

## STATEMENT REGARDING CORPORATE OWNERSHIP OF <u>LUCAS GROUP, INC.</u>

☐  The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

---

[1] The Debtors in these jointly administered cases include Lifestyle Lift Holding, Inc., Scientific Image Center Management, Inc., Scientific Image Center Properties, Inc., Pacific Seaboard Management, Inc., and Scientific Image Center Staffing, Inc.

(For additional names, attach an addendum to this form)

- ✓ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Defendants
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: June 13, 2017

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>LIFESTYLE LIFT HOLDING, INC., et. al.[2]<br><br>Debtors. | Bankruptcy Case No. 15-44839<br>Hon. Maria L. Oxholm<br>Chapter 7 |
| BASIL T. SIMON, Trustee<br><br>Plaintiff,<br>v.<br><br>LUCAS GROUP, INC., JAY LUCAS, and XL7 GROUP, LLC<br><br>Defendants. | Adversary Proceeding No. 17-04254<br>Hon. Maria L. Oxholm |

## CERTIFICATE OF SERVICE

Elliot G. Crowder certifies that on June 13, 2017, copies of the **Statement Regarding Corporate Ownership** and this **Certificate of Service** were served upon the following was served upon all parties listed below, electronically via the court's electronic system (CM/ECF PACER) and/or by depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon.

| Office of the United States Trustee | Lawrence J. Acker<br>L.Acker@AckerPC.com |
|---|---|

---

[2] The Debtors in these jointly administered cases include Lifestyle Lift Holding, Inc., Scientific Image Center Management, Inc., Scientific Image Center Properties, Inc., Pacific Seaboard Management, Inc., and Scientific Image Center Staffing, Inc.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Defendants
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: June 13, 2017